IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  | |
|---|---|---|---|
| In Re: | * | | |
| | * | | |
| VALERIA JANE SMALL, | * | | |
| | * | | |
| Debtor. | * | | |
| | * | | |
| VALERIA JANE SMALL, | * | | |
| | * | | |
| Plaintiff, | * | Case No. 12-mc-00005-CG | |
| | * | | |
| v. | * | | |
| | * | Bankr'cy Case No. 11-00384 | |
| SETERUS, INC. f/k/a IBM LENDER | * | | |
| BUSINESS PROCESS SERVICES, | * | Adversary Proc. No. 11-00169 | |
| FEDERAL NATIONAL MORTGAGE | * | | |
| ASSOCIATION and CHASE HOME | * | | |
| FINANCE, | * | | |
| | * | | |
| Defendants. | | | |

**ORDER**

This matter is before the court on the motion of Valeria Jane Small to withdraw reference of the case pursuant to 28 U.S.C. § 157(d) (Doc. 1) and the Report and Recommendation of the Bankruptcy Court for the Southern District of Alabama (Docs. 19, 20).  No objections were filed to the Bankruptcy Court's Report and Recommendation. The court agrees with the findings and conclusions of the Bankruptcy Court.

The court finds that abstention pursuant to 28 U.S.C. § 1334(c)(2) is not appropriate in this case.

For the reasons stated above, the court hereby **ADOPTS** Judge Mahoney's recommendation and **GRANTS** the motion to withdraw reference of this case as to all claims, but delays the withdrawal until the Bankruptcy Court certifies that the case is ready for trial. Upon certification by the Bankruptcy Court that the parties are ready for trial, the court will withdraw the reference.

The clerk is directed to close this file for administrative purposes until such time as certification by the Bankruptcy Court.

**DONE and ORDERED** this 2nd day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE